IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVERETT EARL HUNTER, JR.,<br><br>　　　　Defendant and Judgment Debtor.<br><br>BBVA USA BANCSHARES, INC.,<br>formerly doing business as<br>BBVA COMPASS BANCSHARES, INC.,<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | Case No. 1:19-MC-00042-EPG<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (BANK, STOCKS OR BROKERAGE ACCOUNTS)**<br><br>Criminal Case No. 1:01CR05155-OWW<br><br>(ECF No. 6) |

　　The Court, having reviewed the United States' Request for an Order Terminating the Writ of Continuing Garnishment (ECF No. 6), and finding good cause therefrom, hereby GRANTS the Request.

　　Accordingly, it is ORDERED that:

　　1.　　Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment (Bank, Stocks or Brokerage Accounts) previously issued against defendant Everett Earl Hunter, Jr., on June 26, 2019, is hereby TERMINATED; and

///

///

1

2. The Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **December 4, 2020**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE